446

604 A.2d 1028

**COMMONWEALTH of Pennsylvania**

v.

**Keith L. WILES, Appellant.**

Supreme Court of Pennsylvania.

Argued March 9, 1992.

Decided April 16, 1992.

Simon B. John, Uniontown, for appellant.

Ralph C. Warman, Dist. Atty., John A. Kopas, III, First Administrative Asst. Dist. Atty., Uniontown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order of Superior Court, 402 Pa.Super. 660, 578 A.2d 41, reversed. *See Commonwealth v. Lenhart,* 520 Pa. 189, 553 A.2d 909 (1989).

LARSEN and McDERMOTT, JJ., dissent.